UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy P. Lahey,

    Plaintiff,

v.

Dennis William Lahey,

    Defendant.

Case No. 2:22-cv-3470

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On October 21, 2022, Magistrate Judge Vascura issued a Report and Recommendation ("R&R") granting Plaintiff's motion for leave to proceed in forma pauperis and recommending the Court dismiss some of the claims in Plaintiff's Amended Complaint. R&R, ECF No. 5. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 4–5.

The deadline for filing such objections has passed, and no objections were filed.[1] Having received no objections, the R&R is **ADOPTED**, and the Complaint

---

[1] Plaintiff did file a civil cover sheet on October 31, 2022. ECF No. 6. To whatever extent Plaintiff intended this cover sheet to be an objection, it amounts to nothing more than a general objection. A general objection "has the same effect[] as would a failure to object," *Howard v. Sec'y of HHS*, 932, F.2d 505, 509 (6th Cir. 1991), and, therefore, the Court is not obligated to conduct a *de novo* review of the R&R.

is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

*[signature]*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**